B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**State Fish Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AW HPP Food Services** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**95-1474694** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2194 Signal Place**<br>**San Pedro, CA**<br>ZIP Code **90731** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **State Fish Co., Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Calpack Foods, LLC** | Case Number: **unknown** | Date Filed: **1/26/15** |
| District: **Central District of California** | Relationship: **Affiliate of Debtor** | Judge: **unknown** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| | |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **State Fish Co., Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Debtor <br><br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |
| **Signature of Attorney\*** <br><br> **X  /s/ Alan D. Smith CBA** <br> Signature of Attorney for Debtor(s) <br><br> **Alan D. Smith CBA #89112** <br> Printed Name of Attorney for Debtor(s) <br><br> **Perkins Coie LLP** <br> Firm Name <br><br> **1888 Century Park East, Ste 1700** <br> **Los Angeles, CA 90067** <br> _____ <br> Address <br><br> **Email: ADSmith@perkinscoie.com** <br> **310.788.9900  Fax: 310.788.3399** <br> Telephone Number <br><br> **January 26, 2015            #89112** <br> Date <br><br> *\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> **X** _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** <br><br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X  /s/ George P. Blanco** <br> Signature of Authorized Individual <br><br> **George P. Blanco** <br> Printed Name of Authorized Individual <br><br> **Authorized Representative** <br> Title of Authorized Individual <br><br> **January 26, 2015** <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

**STATE FISH CO., INC.**
(a California corporation)

**UNANIMOUS WRITTEN CONSENT TO ACTION
OF THE BOARD OF DIRECTORS
IN LIEU OF A MEETING**

January 24, 2015 (Saturday)

Pursuant to Section 307(b) of the California Corporations Code, the undersigned, being all of the members of the Board of Directors ("**Board**") of State Fish Co., Inc., a California corporation (the "**Corporation**"), hereby adopt and approve the following resolutions by unanimous consent, which resolutions will be deemed adopted on the date hereof:

Officer and Director Resignations

**WHEREAS**, on or about January 23, 2015, all officers and directors of the Corporation, including, without limitation, Vanessa DeLuca, Roseann DeLuca, Janet Esposito and Susan Ricci, tendered their resignations of their employment and, with respect to Mmes. DeLuca, DeLuca and Esposito, their positions as members of the Board;

**WHEREAS**, as a result of such resignations, the remaining members of the Board are the independent directors, Kirk A. Waldron and Mark Stolper;

Chapter 11 Filing

**WHEREAS**, after extensive consultation with their separate legal counsel, and review of materials presented by management and advisors of the Corporation regarding the liabilities, cash flow, liquidity, prospects and risks facing the Corporation and having explored the strategic alternatives of the Corporation and the best course of action to maximize value, the Board has determined that it is the in the best interests of the Corporation and all of its shareholders, creditors and other interested parties to file a petition ("**Petition**") seeking relief under the provisions of Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.* (the "**Bankruptcy Code**") for the Corporation and its subsidiary, Calpack Foods LLC ("**Calpack**"), as soon as practicable;

**NOW, THEREFORE, BE IT RESOLVED**, that the Board unanimously approved the Corporation filing the Petition seeking relief under the provisions of Chapter 11 of the Bankruptcy Code as soon as practicable, in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby;

**FURTHER RESOLVED**, that George Blanco of Avant Advisory Group ("**Avant**") be appointed as Chief Restructuring Officer of the Corporation and its subsidiary, Calpack effective as of the filing of the Petition, with such rights, duties and obligations as are set forth in the letter of engagement between Avant and the Corporation dated on or about January 22, 2015, together with such additional rights, duties and obligations as may be agreed upon from time to time by the Board and Mr. Blanco hereafter;

**FURTHER RESOLVED**, that George Blanco, Kirk Waldron and Mark Stolper, or such other individual as the Board may direct (each an "*Authorized Representative*," and collectively, the "*Authorized Representatives*"), and any member of the law firm of Perkins Coie LLP ("*Perkins*") are hereby authorized, empowered and directed in the name and on behalf of the Corporation to take all actions in connection with the Chapter 11 case authorized herein;

**FURTHER RESOLVED**, that the Authorized Representatives be, and each, with full authority to act, hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and verify a petition in the name of the Corporation under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court in such form and at such time as the Authorized Representative executing said petition on behalf of the Corporation shall determine;

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to execute and file or caused to be executed and filed (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action which they or any one of them deem necessary or appropriate in connection with the Chapter 11 case contemplated hereby, with a view to the successful prosecution of such case;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Representative to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation;

**FURTHER RESOLVED**, George Blanco, as Chief Restructuring Officer of the Corporation, is authorized and directed to execute and file documents to appoint himself as Manager of Calpack, and execute and file documents on Calpack's behalf, including resolutions, petitions and schedules, lists and other motions, papers or documents, and to take any and all action that the Authorized Persons or Perkins deem necessary or proper to effectuate the filing of Chapter 11 bankruptcy case on behalf of Calpack, including, without limitation, any action necessary to maintain the ordinary course operation of Calpack's business;

**FURTHER RESOLVED**, George Blanco, as Chief Restructuring Officer, shall be the sole signatory over all bank accounts, including the authority to effect all disbursements regardless of form or manner (e.g., checks, wire transfers, etc.);

Retention of Professionals, Consultants and Advisors

**FURTHER RESOLVED**, that the Authorized Representatives be, and hereby are, authorized and directed to employ the law firm of Perkins as general bankruptcy counsel to

represent and assist the Corporation and Calpack in carrying out their duties under the Bankruptcy Code, including filing any pleadings; and in connection therewith, the Authorized Representatives are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the 11 cases and cause to be filed an appropriate application for authority to retain the services of Perkins, all on such terms and conditions as agreed to by the Authorized Representatives;

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, on behalf and in the name of the Corporation, to retain such other professionals, consultants and advisors as they deem appropriate prior to and during the course of the Chapter 11 case;

Fees and Expenses

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, on behalf and in the name of the Corporation, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, the making of any such payment conclusively to evidence the due authorization and approval thereof by the Board;

General

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, on behalf and in the name of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, certificates, undertakings, instruments and any and all other documents and amendments as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions;

**FURTHER RESOLVED**, that the Authorized Representatives be, and each of them, with full authority to act without the others, hereby is, authorized, empowered and directed, on behalf and in the name of the Corporation, to amend, supplement or otherwise modify from time to time the terms of any agreements, undertakings, documents, certificates, instruments, or other writings referred to in the foregoing resolutions; and

**FURTHER RESOLVED**, that all actions heretofore taken consistent with the purpose and intent of the foregoing resolutions are hereby authorized, ratified, approved, confirmed and adopted in all respects as the acts and deeds of the Corporation as fully as if such actions had been presented to the Board for its prior approval, including, but not limited to, all such actions taken by any director, officer or employee of the Corporation.

_____    _____
Kirk A. Waldron                                      Mark Stolper

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **State Fish Co., Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Maritime Products International**<br>**11825 Rock Landing Rd Ste Y-1A**<br>**Newport News, VA 23602** | **Maritime Products International**<br>**11825 Rock Landing Rd Ste Y-1A**<br>**Newport News, VA 23602**<br>**757-873-9760** | **Trade Debt** | | **414,800.00** |
| **Sercosta SAC**<br>**Calle Amador Merino Reyna 285 #201**<br>**Lima 27**<br>**PERU** | **Sercosta SAC**<br>**Calle Amador Merino Reyna 285 #201**<br>**Lima 27**<br>**PERU**<br>**51-1 422-8890** | **Trade Debt** | | **150,040.00** |
| **Ammon International**<br>**2F-2, No 12 Sec. 7 Tianmu W Rd**<br>**Shihlin District, Taipei City 111**<br>**TAIWAN ROC** | **Ammon International**<br>**2F-2, No 12 Sec. 7 Tianmu W Rd**<br>**Shihlin District, Taipei City 111**<br>**TAIWAN ROC**<br>**886-2-2876-2691** | **Trade Debt** | | **117,250.00** |
| **Cedar Cold Services**<br>**9602 W Buckeye Rd**<br>**Tolleson, AZ 85353** | **Cedar Cold Services**<br>**9602 W Buckeye Rd**<br>**Tolleson, AZ 85353**<br>**623-478-9392 X100** | **Lease** | | **85,025.85** |
| **Bornstein Seafoods Inc**<br>**1001 Hilton Avenue**<br>**Bellingham, WA 98225** | **Bornstein Seafoods Inc**<br>**1001 Hilton Avenue**<br>**Bellingham, WA 98225**<br>**360-734-7990** | **Trade Debt** | | **67,347.00** |
| **TM Sales Company**<br>**924 19th St.**<br>**Lynden, WA 98264** | **TM Sales Company**<br>**924 19th St.**<br>**Lynden, WA 98264**<br>**360-354-1648** | **Trade Debt** | | **59,039.00** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br>**800-973-0424** | **Taxes** | | **37,735.02** |

B4 (Official Form 4) (12/07) - Cont.

In re  **State Fish Co., Inc.**　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TFI Foods Ltd.<br>2900 Markham Rd<br>Scarborough ON  M1S 3P8<br>CANADA | TFI Foods Ltd.<br>2900 Markham Rd<br>Scarborough ON  M1S 3P8<br>CANADA<br>416-297-2160 | Trade Debt | | 36,210.00 |
| Sea Catch, Inc<br>710 Epperson Drive<br>City of Industry, CA 91748 | Sea Catch, Inc<br>710 Epperson Drive<br>City of Industry, CA 91748<br>310-834-9166 | Trade Debt | Unliquidated<br>Disputed | 33,035.00 |
| Southern California Edison<br>Attn Accounts Receivable<br>2244 Walnut Grove Ave<br>Rosemead, CA 91770 | Southern California Edison<br>Attn Accounts Receivable<br>2244 Walnut Grove Ave<br>Rosemead, CA 91770<br>213-376-0611 | Utility | | 32,036.44 |
| Queen City Seafood<br>10101 Chatham Woods Drive<br>Loveland, OH 45140 | Queen City Seafood<br>10101 Chatham Woods Drive<br>Loveland, OH 45140<br>513-583-1610 | Trade Debt | | 31,150.00 |
| Prosperity Funding Inc<br>308-D W Millbrook Rd<br>Ste 200<br>Raleigh, NC 27609 | Prosperity Funding Inc<br>308-D W Millbrook Rd<br>Ste 200<br>Raleigh, NC 27609<br>909-460-2504 | Trade Debt | | 29,411.04 |
| Bayside Seafood Inc<br>1197 Randall Ave<br>Bronx, NY 10474 | Bayside Seafood Inc<br>1197 Randall Ave<br>Bronx, NY 10474<br>718-589-5700 | Trade Debt | | 25,780.00 |
| Star Box, Inc<br>1770 Creston Street<br>Signal Hill, CA 90755 | Star Box, Inc<br>1770 Creston Street<br>Signal Hill, CA 90755<br>562-283-3501 | Trade Debt | Unliquidated | 23,975.88 |
| Sunrise Packaging Films<br>17121 South Central<br>Carson, CA 90746 | Sunrise Packaging Films<br>17121 South Central<br>Carson, CA 90746<br>310-823-8384 | Trade Debt | | 22,488.30 |
| SPFM Enterprises<br>124 West G St<br>Wilmington, CA 90744 | SPFM Enterprises<br>124 West G St<br>Wilmington, CA 90744<br>310-350-8793 | Trade Debt | | 21,840.00 |
| ZF America<br>481 North Service Road West #A41<br>Oakville, ON L6M2V6<br>CANADA | ZF America<br>481 North Service Road West #A41<br>Oakville, ON L6M2V6<br>CANADA<br>360-993-5511 | Trade Debt | | 20,750.00 |
| Caito Fisheries, Inc.<br>1 Johnson Pier<br>El Granada, CA 94108 | Caito Fisheries, Inc.<br>1 Johnson Pier<br>El Granada, CA 94108<br>650-728-8181 | Trade Debt | | 18,711.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **State Fish Co., Inc.**                                        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Dept of Commerce / NOAA**<br>**U.S. Department of Commerce**<br>**PO Box 979008**<br>**St. Louis, MO 63197-9000** | **Dept of Commerce / NOAA**<br>**U.S. Department of Commerce**<br>**PO Box 979008**<br>**St. Louis, MO 63197-9000**<br>**323-526-7412** | **Trade Debt** | | 16,184.00 |
| **CMA/CGM (American) Inc**<br>**Attn Freight Cashier**<br>**5701 Lake Wright Drive**<br>**Norfolk, VA 23502-1868** | **CMA/CGM (American) Inc**<br>**Attn Freight Cashier**<br>**5701 Lake Wright Drive**<br>**Norfolk, VA 23502-1868**<br>**562-901-2256** | **Trade Debt** | | 15,870.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 26, 2015**        Signature  **/s/ George P. Blanco**
                                            **George P. Blanco**
                                            **Authorized Representative**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re **State Fish Co., Inc.**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Fred DiBernardo, Trustee<br>440 W 39th St Apt 3<br>San Pedro, CA 90731 | | 1 share | .10% of total shares |
| Fred DiBernardo, Trustee for<br>John Adam DeLuca<br>440 W 39th St Apt 3<br>San Pedro, CA 90731 | | 46.5 shares | 5.10% of total shares |
| Fred DiBernardo, Trustee for<br>Ryan DeLuca<br>440 W 39th St Apt 3<br>San Pedro, CA 90731 | | 36.5 shares | 4.00% of total shares |
| Fred DiBernardo, Trustee for<br>Christopher DeLuca<br>440 W 39th St Apt 3<br>San Pedro, CA 90731 | | 42.5 shares | 4.66% of total shares |
| Fred DiBernardo, Trustee for<br>Samuel DeLuca<br>440 W 39th St Apt 3<br>San Pedro, CA 90731 | | 42.5 shares | 4.66% of total shares |
| Janet M. Esposito SFC Trust<br>6276 Via Canada<br>Rancho Palos Verdes, CA 90275 | | 194.5 shares | 21.33% of total shares |
| John DeLuca<br>976 Via Rincon<br>Palos Verdes, CA 90274 | | 100.5 shares | 11.02% of total shares |
| Roseann DeLuca SFC Trust<br>2601 Via Segunda<br>Palos Verdes Estates, CA 90274 | | 212 shares | 23.26% of total shares |
| Vanessa DeLuca, Successor Tste<br>for Caroline DeLuca<br>6272 Via Canada<br>Rancho Palos Verdes, CA 90275 | | 10 shares | 1.10% total shares |
| Vanessa DeLuca, Successor Tste<br>for Cristina DeLuca<br>6272 Via Canada<br>Rancho Palos Verdes, CA 90275 | | 8 shares | .88% of total shares |

___1___ continuation sheets attached to List of Equity Security Holders

Case 2:15-bk-11084-SK    Doc 1    Filed 01/26/15    Entered 01/26/15 12:52:44    Desc
Main Document    Page 11 of 14

In re **State Fish Co., Inc.** , Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Vanessa DeLuca, Successor Tste for James DeLuca**<br>**6272 Via Canada**<br>**Rancho Palos Verdes, CA 90275** | | **8 shares** | **.88% of total shares** |
| **Vanessa L. DeLuca SFC Trust**<br>**6272 Via Canada**<br>**Rancho Palos Verdes, CA 90275** | | **210 shares** | **23.03% of total shares** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 26, 2015**                    Signature **/s/ George P. Blanco**
                                                        **George P. Blanco**
                                                        **Authorized Representative**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet __1__ of __1__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Alan D. Smith CBA**<br>**1888 Century Park East, Ste 1700**<br>**Los Angeles, CA 90067**<br>**310.788.9900 Fax: 310.788.3399**<br>California State Bar Number: **#89112**<br>**ADSmith@perkinscoie.com**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**State Fish Co., Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Alan D. Smith CBA #89112**_____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.     I have personal knowledge of the matters set forth in this Statement because:
       ☐ I am the president or other officer or an authorized agent of the Debtor corporation
       ☐ I am a party to an adversary proceeding
       ☐ I am a party to a contested matter
       ■ I am the attorney for the Debtor corporation

2.a.   ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
     See Addendum
 b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**January 26, 2015**                  By:   **/s/ Alan D. Smith CBA**
Date                                          Signature of Debtor, or attorney for Debtor

                                                                   Name:   **Alan D. Smith CBA #89112**
                                                                            Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                           **F 1007-4.CORP.OWNERSHIP.STMT**

# Addendum to Corporate Ownership Statement Pursuant to
# F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

| |
|---|
| Janet M. Esposito SFC Trust<br>6276 Via Canada<br>Rancho Palos Verdes, CA 90275 |
| John DeLuca<br>976 Via Rincon<br>Palos Verdes, CA 90274 |
| Roseann DeLuca SFC Trust<br>2601 Via Segunda<br>Palos Verdes Estates, CA 90274 |
| Vanessa L. DeLuca SFC Trust<br>6272 Via Canada<br>Rancho Palos Verdes, CA 90275 |

_____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                  **F 1007-4.CORP.OWNERSHIP.STMT**