Alan D. Smith, Bar No. 89112
ADSmith@perkinscoie.com
Amir Gamliel, Bar No. 268121
AGamliel@perkinscoie.com
Bradley A. Cosman, Arizona Bar No. 026223
(*pro hac vice application pending*)
BCosman@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Proposed Counsel to Debtors-In-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>State Fish Co., Inc.,<br><br>            Debtor. | CASE NO. 2:15-bk-11084 SK<br><br>Chapter Number: 11<br><br>**EMERGENCY NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER FOR JOINT ADMINISTRATION OF CASES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[No Hearing of Notice Required Pursuant to Local Bankruptcy Rule 1015-1] |

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR'S LENDER, THE CREDITORS APPEARING ON THE LIST FILED IN ACCORDANCE WITH RULE 1007(D) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE THAT** State Fish Co., Inc. and Calpack Foods, LLC (collectively, the "***Debtors***") hereby respectfully move this Court for entry of an order for the joint administration of this case with the Chapter 11 case of Calpack Foods, LLC, a California limited liability corporation ("***Calpack***"), Case No. 2:15-bk-11085 NB (the "***Motion***").  Relief is

1 sought on an expedited basis pursuant to Local Bankruptcy Rule 1015-1(b) and Bankruptcy Rule

2 1015.

3 **PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice of
4 Motion and Motion, the Notice of Emergency Motions that will be filed and served as soon as the
5 Debtors obtain a hearing date for their First Day Motions, the attached Memorandum of Points
6 and Authorities, the Declaration of Vanessa DeLuca filed in support of Debtors' First Day
7 Pleadings ("***DeLuca Declaration***"), the arguments of counsel and all other evidence properly
8 before the Court at or before the hearing on this Motion. The Debtors further request that the
9 Court take judicial notice of all documents filed with the Court in this case.

10 **PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion
11 may be filed with the Court and served on proposed counsel for the Debtors at any time before
12 the hearing, or may be presented at the hearing on the Motion. Separate notice of the date and
13 time of the hearing on this Motion will be provided as soon as it is available. Please note, failure
14 to timely object may be deemed by the Court to constitute consent to the relief requested herein.
15 The Debtors will serve this Notice of Motion and Motion, and all other pleadings in support
16 thereof, on: (i) the Office of the United States Trustee, (ii) the list of Debtors' 20 largest
17 unsecured creditors, (iii) counsel to Debtors' prepetition lender, and (iv) all parties that file with
18 the Court requests for notice of all matters pursuant to Bankruptcy Rule 2002. To the extent
19 required, the Debtors respectfully request that the Court waive compliance with Local Bankruptcy
20 Rule 9075-1 and approve service, in addition to the means of service set forth in such Local
21 Bankruptcy Rule, by overnight or electronic delivery. To the extent the Court grants the relief
22 requested herein, the Debtors shall provide notice of the entry of an Order granting such relief
23 upon each of the foregoing parties.

24
25
26
27
28

LEGAL124145215.3                            -2-                    Debtors' Motion for Joint Administration

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  January 26, 2015 | **PERKINS COIE LLP** |
| 3 | | By: */s/ Alan D. Smith* |
| 4 | | Alan D. Smith, Bar No. 89112<br>ADSmith@perkinscoie.com |
| 5 | | Amir Gamliel, Bar No. 268121<br>AGamliel@perkinscoie.com |
| 6 | | Bradley A. Cosman, Bar No. 026223<br>BCosman@perkinscoie.com |
| 7 | | Proposed Counsel to Debtors-In-Possession |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## I. INTRODUCTION

State Fish Co., Inc. ("*State Fish*"), the debtor and debtor in possession in the above-referenced Chapter 11 bankruptcy case, hereby moves, on an expedited basis pursuant to Bankruptcy Rule 1015 and Local Bankruptcy Rule 1015-1(b), for the entry of an order for joint administration of this case with the Chapter 11 bankruptcy case of Calpack Foods, LLC, a California limited liability corporation ("*Calpack*"), Case No. 2:15-bk-11085 NB.

## II. BACKGROUND

**A.  Jurisdiction and Venue.**

On January 26, 2015 (the "*Petition Date*"), the Debtors filed in this Court voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "*Bankruptcy Code*").

The Debtors continues to operate their businesses and manage their assets as debtors-in-possession under Bankruptcy Code §§ 1107 and 1108.

This Court has jurisdiction over these chapter 11 cases under 28 U.S.C. §§ 157 and 1334. This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2).

The Debtors are California corporations whose principal places of business are in Los Angeles County, California.  Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

No trustee or examiner has been appointed in this case, nor has an official committee of unsecured creditors been appointed.

**B.  Background Facts Concerning the Debtors.**

In support of this Motion, the Debtors offer the factual statements contained in the DeLuca Declaration. Any capitalized terms used but not defined in this Motion retain the meanings given to them in the DeLuca Declaration.

As discussed in the DeLuca Declaration, the Calpack is the wholly own subsidiary of State Fish. State Fish, founded in 1932, formed Calpack in April 2012 to produce high quality food and beverage products. Calpack operates in conjunction with State Fish's High Pressure Pasteurization Food Service ("**HPP**") division. Much of the juices and products processed by Calpack are then transferred to HPP for pasteurization services, which operates in a plant owned

1  by, and shared with, State Fish. HPP receives pre-packaged products from its customers which

2  are then pasteurized using HPP's two state-of-the-art pasteurization machines and returned to the

3  customer for shipment to the end user. As such, the Debtors' operations are interconnected. In

4  addition, State Fish historically funded certain operating costs on behalf of Calpack, including

5  covering losses early on in Calpack's operations as well as costs associated with Calpack's

6  minority ownership interest in an entity called Drinkme.  The Debtors carry a corresponding

7  intercompany receivables and payables related to such costs.

8  ### III.    BASIS FOR RELIEF

9  According to Local Bankruptcy Rule 1015-1(b), "[i]f two or more cases are pending

10  before the same judge, an order of joint administration may be entered, without notice and an

11  opportunity for hearing, upon the filing of a motion for joint administration pursuant to FRBP

12  1015, supported by a declaration establishing that the joint administration of the cases is

13  warranted, will ease the administrative burden for the Court and the parties, and will protect

14  creditors of the different estates against potential conflicts of interest."

15  Here, the joint administration of the cases is clearly warranted.  Joint administration will

16  avoid the exponential expenses related with requesting Court approval of identical motions

17  involving all of the same parties in two separate cases.  The Debtors have interrelated operations

18  and share the same management.  Joint administration of these cases will ease the administrative

19  burden for the Court and the parties, and will protect creditors of the different estates against

20  potential conflicts of interest.  For example, the Debtors will file a motion for Court approval of:

21  (1) the use of cash collateral; and, potentially, (2) debtor-in-possession financing pursuant to

22  section 364 of the Bankruptcy Code.  The terms of the use of cash collateral and the terms of

23  possible debtor-in-possession financing will impact both of the Debtors.

24  Joint administration of the estates will mean that the Debtors will only be required to file a

25  single motion for relief affecting multiple debtors (such as motions seeking approval to pay

26  prepetition wages and benefits, and approval to maintain existing cash management systems), and

27  will be able to conduct a jointly-administered reorganization.  Rather than reviewing two separate

28  pleadings filed in two separate cases, the Court will only need to review single motions.

LEGAL124145215.3                                   -2-                     Debtors' Motion for Joint Administration

1  Creditors of the estates will be aware of the cash collateral and financing requests and the
2  relationships between the Debtors, their cases, their assets, and their liabilities.  DeLuca
3  Declaration.
4      In the event the Court orders the joint administration of the cases, the Debtors respectfully
5  suggest that the following caption be approved and that the State Fish case be used as the lead
6  case, as that is the primary operating entity, as described in the DeLuca Declaration.

LEGAL124145215.3                    -3-                Debtors' Motion for Joint Administration

| | |
|---|---|
| 1 | Alan D. Smith, Bar No. 89112 |
|  | ADSmith@perkinscoie.com |
| 2 | Amir Gamliel, Bar No. 268121 |
|  | AGamliel@perkinscoie.com |
| 3 | Bradley A. Cosman, Bar No. 026223 |
|  | (*pro hac vice application pending*) |
| 4 | BCosman@perkinscoie.com |
|  | PERKINS COIE LLP |
| 5 | 1888 Century Park E., Suite 1700 |
|  | Los Angeles, CA  90067-1721 |
| 6 | Telephone:  310.788.9900 |
|  | Facsimile:  310.788.3399 |

Proposed Counsel to Debtors-In-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case Nos.  2:BK-15-11084 |
|  |                          2:BK-15-11085 |
| STATE FISH CO., INC.; and | |
| CALPACK FOODS, LLC, | Jointly Administered |
| Debtors. | Chapter 11 |

THIS FILING APPLIES TO:

☐ ALL DEBTORS

☐ SPECIFIED DEBTOR
  ☐ STATE FISH CO., INC.
  ☐ CALPACK FOODS, LLC

LEGAL124145215.3                                   -4-                    Debtors' Motion for Joint Administration

1     Accordingly, the Debtors respectfully request that this Court enter an order (lodged concurrently herewith): (a) authorizing the joint administration of the cases; (b) approving the form of caption suggested by the Debtors herein; and (c) granting such other and further relief as the Court deems just and proper.

DATED: January 26, 2015                    **PERKINS COIE LLP**

By: */s/ Alan D. Smith*
    Alan D. Smith, Bar No. 89112
    ADSmith@perkinscoie.com
    Amir Gamliel, Bar No. 268121
    AGamliel@perkinscoie.com
    Bradley A. Cosman, Bar No. 026223
    BCosman@perkinscoie.com

Proposed Counsel to Debtors-In-Possession