Alan D. Smith, Bar No. 89112
ASmith@perkinscoie.com
Amir Gamliel, Bar No. 268121
AGamliel@perkinscoie.com
Bradley A. Cosman, Arizona Bar No. 026223
(*pro hac vice application pending*)
BCosman@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Proposed Counsel for Debtors-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>STATE FISH CO., INC.,<br><br>　　　　Debtor. | Case Nos.  2:15-bk-11084 SK<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL M. OZAWA IN SUPPORT OF EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO PAY EMPLOYEES' PREPETITION PRIORITY CLAIMS FOR WAGES, SALARIES, REIMBURSABLE EXPENSES, AND EMPLOYEE BENEFITS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

Michael M. Ozawa, under penalty of perjury, states:

1.　　I am a Managing Director and Partner of Avant Advisory Partners, LLC. I have more than twenty years of experience in restructuring and bankruptcy, transaction/M&A advisory, and forensic accounting matters. I am a Certified Insolvency & Restructuring Advisor (CIRA), a licensed Certified Public Accountant with a financial forensics specialization credential

(CPA/CFF), a Certified Global Management Accountant (CGMA), and a Certified Fraud Examiner (CFE).

2. I submit this Declaration in support of the *Emergency Motion for Interim and Final Orders* Authorizing *Debtor to Pay Employees' Prepetition Priority Claims for Wages, Salaries, Reimbursable Expenses, and Employee Benefits* (the "**Prepetition Wage Motion**") filed on January 26, 2014 [Dkt. 12].

3. I have reviewed information provided to me by the Debtor concerning the Debtor's books and records, as well as the Debtor's payroll information, and employee lists.

4. The Debtor's workforce is critical to the Debtor's operation as a going concern and the Debtor's ability to reorganize. The Debtor would be adversely affected if it were unable to pay its employees and independent contractors because I believe many employees or independent contractors would seek employment elsewhere. Such attrition would disrupt and impair the Debtor's operations.

5. Consistent with LBR 2081-1(a)(6), attached to this Supplement as **Exhibit "A"** is a list (the "**List**") setting forth the current Debtor's employees with their corresponding accrued and unpaid prepetition wages and benefits to be paid under the Prepetition Wage Motion. The amount of unpaid prepetition wages and benefits set forth in the List are based on the best information available concerning the Debtors' workforce, hours worked, and benefits. Certain figures used to calculate the amounts may include estimates and final distributions may vary slightly from the amounts identified based on changes to deductions, changes in hours worked, or similar factors.

6. All of the employees on the List are still employed by the Debtor as of the date of this Declaration.

7. The payment of the balances owed on prepetition payroll under terms of the Prepetition Wage Motion is for the value of services performed in the ordinary course of employment consistent with historical payment terms.

8. The payment of the prepetition payroll under terms of the Prepetition Wage Motion will be beneficial to the Debtor's chapter 11 estate.

9. There will be no payment to insiders under the Prepetition Wage Motion. For the avoidance of any doubt, there will be no payments to former employees Vanessa DeLuca, Roseann DeLuca, Janet Esposito, or Susan Ricci under terms of the Prepetition Wage Motion.

10. The prepetition wages and benefits to be paid under the Prepetition Wage Motion and identified on the List are within the priority limits established by 11 U.S.C. §§ 507(a)(4) or (5).

11. Payments of the prepetition wages and benefits to be paid under the Wage Motion are provided for in the cash collateral budget attached the Cash Collateral Motion.[1] I believe that the Debtor will be able to make the proposed payments under the Prepetition Wage Motion without being rendered administratively insolvent.

DATED: January 29, 2015

By: _____
Michael M. Ozawa
Managing Director & Partner
Avant Advisory Partners

---

[1] See *Motion for Interim and Final Orders Approving Stipulation for the Use of Cash Collateral; Memorandum of Points and Authorities in Support Thereof* dated January 26, 2015 [D.E. 16] (the "**Cash Collateral Motion**").

# EXHIBIT A

## PREPETITION EMPLOYEE WAGE & BENEFIT LIST

## State Fish Co., Inc.
*Prepetition Empoloyee Wage and Benefit Payment List*

| Employee Number | Gross | Voluntary Deductions | Mandatory Deductions | Net Check | Employer Obligations | Total Liability |
|---|---|---|---|---|---|---|
| 21 | $ 2,278.26 | $ 38.75 | $ 515.73 | $ 1,723.78 | $ 256.42 | $ 2,534.68 |
| 33 | 5,945.53 | - | 1,647.59 | 4,297.94 | 454.84 | 6,400.37 |
| 39 | 2,252.45 | - | 656.23 | 1,596.22 | 257.91 | 2,510.36 |
| 42 | 1,243.58 | - | 227.73 | 1,015.85 | 142.38 | 1,385.96 |
| 175 | 1,589.75 | 216.54 | 169.85 | 1,203.36 | 157.23 | 1,746.98 |
| 187 | 1,596.80 | - | 389.90 | 1,206.90 | 182.83 | 1,779.63 |
| 263 | 2,038.56 | 308.00 | 313.53 | 1,417.03 | 198.17 | 2,236.73 |
| 423 | 3,261.60 | 196.28 | 506.47 | 2,558.85 | 350.98 | 3,612.58 |
| 429 | 5,945.52 | 51.09 | 2,104.23 | 3,790.20 | 450.92 | 6,396.44 |
| 437 | 3,907.03 | 42.75 | 1,240.25 | 2,624.03 | 382.81 | 4,289.84 |
| 439 | 5,096.16 | 68.16 | 1,752.57 | 3,275.43 | 415.90 | 5,512.06 |
| 455 | 3,057.82 | 72.94 | 887.15 | 2,097.73 | 342.81 | 3,400.63 |
| 465 | 1,766.67 | 51.09 | 431.67 | 1,283.91 | 196.43 | 1,963.10 |
| 471 | 2,038.46 | 378.92 | 226.11 | 1,433.43 | 223.02 | 2,261.48 |
| 473 | 4,076.91 | 19.91 | 1,258.97 | 2,798.03 | 376.89 | 4,453.80 |
| 476 | 1,423.59 | 517.22 | 125.48 | 780.89 | 106.85 | 1,530.44 |
| 477 | 4,586.82 | 490.34 | 957.92 | 3,138.56 | 384.24 | 4,971.06 |
| 487 | 3,057.82 | 698.53 | 314.16 | 2,045.13 | 287.33 | 3,345.15 |
| 488 | 2,717.95 | 63.84 | 831.59 | 1,822.52 | 303.88 | 3,021.83 |
| 489 | 2,989.85 | 353.15 | 828.98 | 1,807.72 | 303.22 | 3,293.07 |
| 491 | 2,717.97 | 379.60 | 674.09 | 1,664.28 | 274.89 | 2,992.86 |
| 492 | 3,231.95 | 63.84 | 597.35 | 2,570.76 | 360.16 | 3,592.11 |
| 494 | 1,608.20 | 63.84 | 344.14 | 1,200.22 | 176.83 | 1,785.03 |
| 495 | 2,409.90 | 70.80 | 477.79 | 1,861.31 | 268.57 | 2,678.47 |
| 503 | 1,868.61 | 49.74 | 241.96 | 1,576.91 | 208.25 | 2,076.86 |
| 505 | 948.74 | 11.02 | 173.27 | 764.45 | 108.36 | 1,057.10 |
| 1005 | 1,321.24 | 63.84 | 290.15 | 967.25 | 143.97 | 1,465.21 |
| 1006 | 2,470.09 | 216.54 | 417.22 | 1,836.33 | 258.03 | 2,728.12 |
| 1008 | 1,909.64 | 250.29 | 260.80 | 1,398.55 | 190.00 | 2,099.64 |
| 1009 | 2,140.74 | 77.11 | 252.67 | 1,810.96 | 236.29 | 2,377.03 |
| 1010 | 1,881.88 | 44.35 | 206.29 | 1,631.24 | 211.16 | 2,093.04 |
| 1012 | 676.07 | - | 57.81 | 618.26 | 77.40 | 753.47 |
| 1014 | 1,299.84 | 64.36 | 188.19 | 1,047.29 | 141.47 | 1,441.31 |
| 1019 | 966.06 | 51.09 | 194.78 | 720.19 | 104.75 | 1,070.81 |
| 1025 | 941.49 | 50.42 | 89.02 | 802.05 | 102.02 | 1,043.51 |
| 1027 | 777.96 | 37.67 | 63.29 | 677.00 | 84.76 | 862.72 |
| 1030 | 634.77 | 50.42 | 55.92 | 528.43 | 66.91 | 701.68 |
| 1031 | 1,233.77 | - | 214.80 | 1,018.97 | 141.27 | 1,375.04 |
| 1039 | 635.13 | 37.67 | 58.38 | 539.08 | 68.43 | 703.56 |
| 1049 | 764.80 | 37.67 | 62.16 | 664.97 | 83.26 | 848.06 |
| 1573 | 865.26 | 57.59 | 69.60 | 738.07 | 93.20 | 958.46 |
| 2292 | 280.26 | 37.67 | 35.40 | 207.19 | 27.76 | 308.02 |
| 2388 | 1,113.15 | 36.32 | 179.78 | 897.05 | 123.30 | 1,236.45 |
| 3000 | 1,630.78 | 63.84 | 365.46 | 1,201.48 | 179.42 | 1,810.20 |
| 3002 | 1,263.07 | 132.95 | 125.75 | 1,004.37 | 130.60 | 1,393.67 |
| 3003 | 2,371.37 | 77.11 | 373.87 | 1,920.39 | 262.69 | 2,634.06 |
| 3006 | 2,312.82 | 100.93 | 413.66 | 1,798.23 | 254.45 | 2,567.27 |
| 3231 | 633.69 | 36.32 | 58.34 | 539.03 | 68.40 | 702.09 |
| 3390 | 1,190.40 | 63.84 | 106.51 | 1,020.05 | 129.00 | 1,319.40 |
| 3397 | 879.56 | 63.84 | 82.17 | 733.55 | 93.39 | 972.95 |
| 4035 | 1,018.16 | 56.78 | 147.51 | 813.87 | 110.06 | 1,128.22 |
| 4163 | 2,038.40 | 90.40 | 338.81 | 1,609.19 | 223.78 | 2,262.18 |
| 4254 | 825.12 | 41.82 | 66.98 | 716.32 | 89.70 | 914.82 |
| 4342 | 884.04 | 63.84 | 70.12 | 750.08 | 93.91 | 977.95 |
| 4477 | 497.30 | 122.55 | 32.04 | 342.71 | 42.91 | 540.21 |
| 4596 | 814.99 | 15.13 | 68.39 | 731.47 | 91.59 | 906.58 |
| 4691 | 641.75 | - | 124.44 | 517.31 | 73.48 | 715.23 |
| 4724 | 698.31 | 67.90 | 54.24 | 576.17 | 72.64 | 770.95 |

# State Fish Co., Inc.
*Prepetition Empoloyee Wage and Benefit Payment List*

| Employee Number | Gross | Voluntary Deductions | Mandatory Deductions | Net Check | Employer Obligations | Total Liability |
|---|---|---|---|---|---|---|
| 4910 | 1,151.76 | 66.96 | 152.90 | 931.90 | 124.56 | 1,276.32 |
| 4911 | 635.09 | 50.42 | 50.00 | 534.67 | 66.94 | 702.03 |
| 4935 | 632.61 | 63.84 | 48.62 | 520.15 | 65.11 | 697.72 |
| 5073 | 650.43 | 37.67 | 52.40 | 560.36 | 70.17 | 720.60 |
| 5074 | 69.66 | 37.67 | 2.72 | 29.27 | 3.65 | 73.31 |
| 5115 | 891.44 | 50.42 | 96.39 | 744.63 | 96.29 | 987.73 |
| 5166 | 816.92 | 43.36 | 83.89 | 689.67 | 88.57 | 905.49 |
| 5236 | 321.75 | - | 27.50 | 294.25 | 36.84 | 358.59 |
| 5352 | 625.59 | - | 73.10 | 552.49 | 71.62 | 697.21 |
| 5369 | 577.67 | 48.71 | 45.22 | 483.74 | 60.57 | 638.24 |
| 5389 | 1,105.20 | 63.84 | 139.90 | 901.46 | 119.23 | 1,224.43 |
| 5394 | 828.41 | 87.46 | 94.51 | 646.44 | 84.83 | 913.24 |
| 5405 | 636.12 | - | 54.39 | 581.73 | 72.85 | 708.97 |
| 5405 | 72.00 | - | 6.15 | 65.85 | 8.23 | 80.23 |
| 5409 | 694.90 | 37.67 | 56.20 | 601.03 | 75.25 | 770.15 |
| 5433 | 12.78 | 1.03 | 1.00 | 10.75 | 1.34 | 14.12 |
| 5503 | 831.65 | 55.47 | 75.28 | 700.90 | 89.14 | 920.79 |
| 5507 | 640.80 | 3.07 | 54.52 | 583.21 | 73.01 | 713.81 |
| 5517 | - | - | - | - | - | - |
| 5518 | 908.55 | - | 77.68 | 830.87 | 104.02 | 1,012.57 |
| 5530 | 637.83 | 63.84 | 63.53 | 510.46 | 65.72 | 703.55 |
| 5576 | 825.00 | 63.84 | 65.08 | 696.08 | 87.15 | 912.15 |
| 5588 | 2,395.25 | 63.84 | 690.33 | 1,641.08 | 266.96 | 2,662.21 |
| 5601 | 637.20 | 50.42 | 50.17 | 536.61 | 67.19 | 704.39 |
| 5602 | 635.85 | 37.67 | 51.15 | 547.03 | 68.50 | 704.35 |
| 5604 | 204.48 | - | 17.48 | 187.00 | 23.41 | 227.89 |
| 5606 | 785.45 | 65.88 | 61.53 | 658.04 | 82.40 | 867.85 |
| 5609 | 641.44 | 8.07 | 54.15 | 579.22 | 72.52 | 713.96 |
| 7204 | 764.87 | 226.37 | 61.08 | 477.42 | 81.80 | 846.67 |
| 7270 | 876.32 | 37.67 | 71.70 | 766.95 | 96.02 | 972.34 |
| 7517 | 753.85 | 37.67 | 89.91 | 626.27 | 82.01 | 835.86 |
| 7544 | 731.93 | - | 62.58 | 669.35 | 83.81 | 815.74 |
| 7554 | 749.43 | 51.09 | 59.71 | 638.63 | 79.96 | 829.39 |
| 7585 | 819.30 | 51.09 | 99.56 | 668.65 | 87.96 | 907.26 |
| 7823 | 548.10 | 4.06 | 58.74 | 485.30 | 62.76 | 610.86 |
| 7844 | 950.29 | 387.67 | 93.01 | 469.61 | 104.50 | 1,054.79 |
| 7870 | 553.68 | 15.13 | 46.05 | 492.50 | 61.66 | 615.34 |
| 7870 | 72.00 | - | 6.15 | 65.85 | 8.25 | 80.25 |
| 7905 | 320.04 | - | 27.37 | 292.67 | 36.64 | 356.68 |
| 7906 | 764.94 | 63.84 | 70.45 | 630.65 | 80.29 | 845.23 |
| 8022 | 631.71 | 36.32 | 79.37 | 516.02 | 68.18 | 699.89 |
| 8094 | 630.05 | - | 57.27 | 572.78 | 72.14 | 702.19 |
| 8094 | 72.00 | - | 6.16 | 65.84 | 8.24 | 80.24 |
| 8112 | 561.60 | 63.84 | 42.56 | 455.20 | 57.00 | 618.60 |
| 8149 | - | - | - | - | - | - |
| 8177 | 974.03 | 37.67 | 140.52 | 795.84 | 107.22 | 1,081.25 |
| 8203 | 783.90 | 51.09 | 62.65 | 670.16 | 83.89 | 867.79 |
| 8259 | 659.25 | - | 56.36 | 602.89 | 75.49 | 734.74 |
| 8297 | 705.29 | 63.84 | 124.37 | 517.08 | 73.45 | 778.74 |
| 8306 | 679.83 | 63.84 | 52.66 | 563.33 | 70.53 | 750.36 |
| 8309 | 822.75 | 49.74 | 83.78 | 689.23 | 88.51 | 911.26 |
| 8310 | 989.85 | 37.67 | 90.82 | 861.36 | 109.03 | 1,098.88 |
| 8313 | 945.29 | - | 89.53 | 855.76 | 108.23 | 1,053.52 |
| 8315 | 638.87 | 50.42 | 50.32 | 538.13 | 67.38 | 706.25 |
| 8317 | 721.00 | - | 61.65 | 659.35 | 82.56 | 803.56 |
| 8319 | 1,188.50 | - | 153.14 | 1,035.36 | 136.08 | 1,324.58 |
| 8320 | 1,597.77 | 2.38 | 215.97 | 1,379.42 | 182.68 | 1,780.45 |
| 8321 | 665.19 | - | 56.87 | 608.32 | 76.16 | 741.35 |

**State Fish Co., Inc.**

*Prepetition Empoloyee Wage and Benefit Payment List*

| Employee Number | Gross | Voluntary Deductions | Mandatory Deductions | Net Check | Employer Obligations | Total Liability |
|---|---|---|---|---|---|---|
| 8322 | 543.55 | - | 94.40 | 449.15 | 62.23 | 605.78 |
| 8323 | 1,613.80 | - | 335.13 | 1,278.67 | 184.78 | 1,798.58 |
| 8324 | 814.94 | - | 109.13 | 705.81 | 93.31 | 908.25 |
| 8325 | 910.95 | - | 163.81 | 747.14 | 104.30 | 1,015.25 |
| 8326 | 1,468.30 | - | 321.22 | 1,147.08 | 168.13 | 1,636.43 |
| 8327 | 638.25 | - | 94.02 | 544.23 | 73.09 | 711.34 |
| 8328 | 328.20 | - | 51.29 | 276.91 | 37.58 | 365.78 |
| 8329 | 921.50 | - | 136.59 | 784.91 | 105.52 | 1,027.02 |
|  | $ 158,545.36 | $ 8,649.16 | $ 28,740.95 | $ 121,155.25 | $ 16,449.56 | $ 174,994.92 |

Independent Contractors [1]

| Contractor | Fees |
|---|---|
| SF Contractor 1 | $ 1,117.50 |
| SF Contractor 2 | 1,144.95 |
| Total | $ 2,262.45 |

[1] Independent contractors are paid on an hourly basis. The amounts here are estimates based on information from the independent contractor