Alan D. Smith, Bar No. 89112
ASmith@perkinscoie.com
Amir Gamliel, Bar No. 268121
AGamliel@perkinscoie.com
Bradley A. Cosman, Bar No. 026223
(admitted *pro hac vice*)
BCosman@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Proposed Counsel to Debtors-In-Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>STATE FISH CO., INC. and<br><br>CALPACK FOODS, LLC,<br><br><br>Debtors.<br><br>THIS FILING APPLIES TO:<br>☐ ALL DEBTORS<br>☐ SPECIFIED DEBTOR<br>☒ STATE FISH CO., INC.<br>☐ CALPACK FOODS, LLC | Case No:  2:15-bk-11084 SK<br>          2:15-bk-11085 SK<br>          Jointly Administered<br><br>Chapter 11<br><br>**DECLARATION OF GEORGE P. BLANCO IN SUPPORT OF SUPPLEMENT TO EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING STIPULATION FOR THE USE OF CASH COLLATERAL**<br><br>**Hearing:**<br>Date:     February 25, 2015<br>Time:     8:30 a.m.<br>Ctrm:     1575<br>Location: 255 E Temple Street<br>          Los Angeles, CA 90012 |

LEGAL124978567.1

## DECLARATION

I, George P. Blanco, declare as follows:

1. I am a Managing Director of Avant Advisory Group ("**Avant**"). I was appointed by Independent Directors Kirk Waldron and Mark Stolper as Chief Restructuring Officer of State Fish Co., Inc. ("**State Fish**"), and Calpack Foods, LLC ("**Calpack**," and together with State Fish, the "**Debtors**"), debtors-in-possession in these bankruptcy cases. I submit this declaration in support of the *Emergency Motion for Interim and Final Orders Approving Stipulation For the Use of Cash Collateral; Memorandum of Points and Authorities In Support Thereof* (the "**Cash Collateral Motion**") [D.E. 16] and the *Supplement to Emergency Motion for Interim and Final Orders Approving Stipulation for the Use of Cash Collateral* filed on February 6, 2015 (the "**Supplement**").[1] Except as otherwise stated herein, I make this declaration based on personal knowledge and if called upon to testify as a witness, I could and would competently testify to the facts stated herein.

2. State Fish urgently and immediately needs to use the cash it generates from the postpetition operation of its business to continue operating as a going concern. Cash is needed to, among other things, pay postpetition operating expenses including payroll

3. State Fish will only use cash collateral in accordance with the collateral budget attached to the Supplement (defined in the Supplement as the "**Extended Budget**"), the Stipulation attached to the Supplement, and any orders from this Court. State Fish, together with assistance from me and Avant, developed the Extended Budget reflecting a cash flow forecast taking into account anticipated cash receipts and disbursements. The Extended Budget includes the cost of labor, payroll taxes, insurance, utilities, and ordinary course expenses projected for the postpetition period. The expenditures in the Extended Budget are essential to current operation of State Fish's business, and that they are also ordinary, customary, and consistent with the State Fish's prepetition operations in all material respects

---

[1] Capitalized terms not otherwise defined in this Declaration retain the definition ascribed to them in the Supplement.

-2-

LEGAL124978567.1

4. Use of cash collateral under terms of the Extended Budget and Stipulation will not only protect and preserve State Fish's assets by maintaining the business as a going concern, but will also enhance the value of the business by generating additional revenue. Any interruption in operations of State Fish will impede its ability to collect and expend cash generated from the operation of the business and will jeopardize the going concern value of the business and, thus, the value of the estate. Accordingly, I believe State Fish's use of cash collateral under terms of the Extended Budget and Stipulation is in the best interest of the estate, its creditors, and parties-in-interest. Further, I do not believe that State Fish's use of cash collateral under terms of the Extended Budget and Stipulation will render the estate administratively insolvent

5. The Budget Extension Protocol described in the Supplement will allow State Fish to request and obtain additional extensions of the cash collateral period under terms of the Stipulation but beyond May 1, 2015. Importantly, the Budget Extension Protocol will allow State Fish to continue using Cash Collateral under terms of the Stipulation while fully preserving all rights of any party-in-interest to review and object to such use under regular notice periods.

6. The Stipulation and proposed Budget Extension Protocol are fair and reasonable to all parties-in-interest, and will ensure State Fish's uninterrupted use of its cash.

Executed this 6th day of February, 2015, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
George P. Blanco

-3-

LEGAL124978567.1